Case 5:16-cv-01433-LSC-JHE Document 1 Filed 08/30/16 Page 1 of 5
CV-16-CO-1433-NE

FILED
2016 Aug-31 AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number:

Raymond Christopher Lee Heatherly
# 186448

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Sheriff Gentry
Dr. Harris
Nurse Tosha
inmate Jeromy Lane

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )     No (X)

  B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff: None

          Defendant(s): None

2

2. Court (if Federal Court, name the district; if State Court, name the county) None

3. Docket number  None

4. Name of judge to whom case was assigned  None

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  None

6. Approximate date of filing lawsuit  N

7. Approximate date of disposition  _____

II. Place of present confinement  Cullman Al 35057

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

   C. If your answer is YES:

      1. What steps did you take?  _____

      2. What was the result?  Nothing

   D. If your answer is NO, explain why not:  _____

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) _____

Address _____



In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

Is employed as _____

at _____

C. Additional Defendants _____



IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was assulted by another in mate Jeromy Lane and reported to office clarke and active Sarg. Grimit and thay placed me in 23hr lockup for 8 days. Defending myself My knee got hurt during the assulte and Dr Harris's stated that it's not serious enoutgh to

4

P.S. Please help!

have X-rays or surgery also nurse Tosha said not serious!!! My (KNEE) is very serious!!

"Dont let me file charges!"

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Surgery on my knee #1
Pain and suffering #2
Mental stress #3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-22-2016 .

Raymond Heatherly
SIGNATURE

ADDRESS  1900 Beach Ave. S.E
Cullman Ala 35055

AIS # 186448

5

Raymond Heatherly
1900 Beech Ave SE
Cullman, Al 35055

Office of
Clerk, United States District
Northern District of Alabama
HUGO BLACK UNITED STATES COURTHOUSE
1729 - 5TH AV North
Birmingham Al 35203-2040